# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311 Honorable Marianne O. Battani |
| THIS DOCUMENT RELATES TO: | |
| In Re: Heater Control Panels End-Payor Action | 2:12-cv-00403 |
| In Re: Automotive Lamps End-Payor Action | 2: 13-cv-01203 |
| In Re: Switches End-Payor Action | 2: 13-cv-01303 |
| In Re: Ignitions Coils End-Payor Action | 2: 13-cv-01403 |
| In Re: HID Ballasts End-Payor Action | 2:13-cv-01703 |
| In Re: Automotive Hoses End-Payor Action | 2:15-cv-03203 |
| In Re: Body Sealing Products End-Payor Action | 2:16-cv-03403 |
| In Re: Power Window Switches End-Payor Action | 2:16-cv-03903 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Steven M. Shepard of Susman Godfrey L.L.P. hereby enters an appearance on behalf of End-Payor plaintiffs in the above-captioned matters.

Dated: November 13, 2017

*/s/ Steven M. Shepard*
Steven M. Shepard
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32 FL

5438769v1/013283

1

New York, NY 10019
Telephone: (212) 336-8330
sshepard@susmangodfrey.com

## **CERTIFICATE OF SERVICE**

I certify that the forgoing document was served upon all counsel of record via the Court's CM/ECF filing on November 13, 2017.

/s/ *Seven M. Shepard*
Steven M. Shepard

5438769v1/013283